UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 17-1416-DMG**<br>**6:17-bk-14214-MW** | Date | August 23, 2017 |

Title *In re: Antonio Geluz*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS – ORDER TO SHOW RE: DISMISSAL FOR LACK OF PROSECUTION**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellants has not filed the required:

_X_   statement of issues;

_X_   designation of record;

_X_   notice of transcript;

_X_   transcript(s); and

_X_   filing fee.

Appellant is Ordered to Show Cause no later than (14 days) September 6, 2017, why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

IT IS SO ORDERED.